[Cite as *Wilson v. Montgomery Cty. Dept. of Job & Family Serv.*, 2025-Ohio-473.]

## IN THE COURT OF CLAIMS OF OHIO

| | |
|---|---|
| ANTHONY L. WILSON | Case No: 2024-00675PQ |
| Requester | Special Master Todd Marti |
| v. | <u>JUDGMENT ENTRY</u> |
| MONTGOMERY COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES | |
| Respondent | |

{¶1} The special master has issued a recommendation to dismiss this public-records case without prejudice. He recommends dismissal because the court lacks the capacity to resolve the central issue in this case.

{¶2} That issue is whether good cause exists to allow requester to access records related to alleged child abuse/neglect that would otherwise be confidential under R.C. 2151.421 and R.C. 5153.17. The special master recommended that the court dismiss that claim because it does not have jurisdiction over domestic relations matters and because the claim involves fact questions that cannot be resolved due to the unavailability of discovery and evidentiary hearings in this R.C. 2743.75 case.

{¶3} Pursuant to R.C. 2743.75(D)(2), "[n]otwithstanding any provision to the contrary in [R.C. 2743.75], upon the recommendation of the special master, the court of claims on its own motion may dismiss the complaint at any time." Upon review, the Court finds that the special master's recommendation for dismissal is well taken. Accordingly, pursuant to R.C. 2743.75(D)(2), upon the special master's recommendation, the court sua sponte dismisses the complaint in this case without prejudice. Court costs are assessed against requester. The Clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
LISA L. SADLER
Judge

**Filed January 15, 2025**
**Sent to S.C. Reporter 2/13/25**